# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE  DIVISION

GREGORY PARNELL WARREN, ET AL.          CIVIL ACTION NO. 6:16-00514

VERSUS                                                     JUDGE ROBERT G. JAMES

HANCOCK MORTGAGE CORP.,          MAG. JUDGE CAROL B. WHITEHURST
ET AL.

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed

previously herein,  noting the absence objections thereto, and concurring with the Magistrate Judge's

findings under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the unopposed Motion To Dismiss

Pursuant to Federal Rules  12(b)(6) and 8(d) filed by Defendants Hancock Mortgage Corporation,

Federal National Mortgage Association, and Whitney Bank [Rec. Doc. 12] is GRANTED, and Plaintiffs'

claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 14th day of

November, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE